UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BALL, et al., ) | CASE NO. C05-0478-MAT |
| ) | C05-1672MAT |
| Plaintiffs, ) | |
| ) | ORDER GRANTING STIPULATED |
| v. ) | MOTION TO CONSOLIDATE AND |
| ) | CONSENT TO A MAGISTRATE |
| WESTERN INDUSTRIAL, INC., et al., ) | JUDGE |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter having come before the Court upon the parties Stipulated Motion to Consolidate, it is hereby ORDERED that:

Cause Nos. C05-0478-MAT and C05-1672-MAT, in the United States District Court for the Western District of Washington at Seattle, are hereby consolidated under <u>Cause No. C05-0478-MAT</u>. The Clerk is hereby directed to issue a new case schedule under that matter.

It is further ordered that the parties' stipulation to consent to this matter before a Magistrate Judge is accepted.

DATED this <u>12th</u> day of <u>December</u>, 2005.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
CONSOLIDATE AND CONSENT TO A MAGISTRATE JUDGE
PAGE -1