Honorable Mary Alice Theiler

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8           WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| 9 [A] MICHAEL BALL, [B] GENE WRIGHT,<br>[C] MIKE CASSIDY, [D] RON KREBS, [1]<br>10 TRUSTEES OF THE WESTERN<br>WASHINGTON PAINTERS DEFINED<br>11 CONTRIBUTION PENSION TRUST; et al., | CAUSE NO.: CV05-478MAT<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |
| 12        Plaintiffs, | **Clerk's Action Required** |
| 13     vs. | |
| 14 WESTERN INDUSTRIAL, INC. A<br>WASHINGTON CORPORATION, MARK L.<br>15 JACKSON AND JANE DOE JACKSON,<br>HUSBAND AND WIFE, AND THE<br>16 MARITAL COMMUNITY COMPRISED<br>THEREOF, | |
| 17 | |
| 18        Defendants. | |

18        The above-named parties hereby stipulate, by and through their respective counsel, to

19

20  dismiss the above entitled action against Defendants WESTERN INDUSTRIAL, INC. a

21  Washington corporation, MARK L. JACKSON and JANE DOE JACKSON, husband and wife,

22  and the marital community comprised thereof, with prejudice and without costs to either party

23  for the reason that the matter has been settled, for the period April 2005 through March 2006,

24  based upon payment of the Employer-prepared monthly remittance report forms.

25

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

| | |
|---|---|
| s/Robert A. Bohrer | s/Joseph Straus |
| WSBA #5050 | WSBA #12063 |
| Ekman, Bohrer & Thulin, P.S. | BULLIVANT HOUSER BAILEY, PC |
| 220 W. Mercer, #400 | 1601 Fifth Avenue, Suite 2300 |
| Seattle, WA  98119 | Seattle, WA  98101 |
| Telephone:  (206) 282-8221 | Telephone:  206-292-8930 |
| Fax: (206) 285-4587 | Fax:  206-386-5130 |
| E-mail:  r.bohrer@ekmanbohrer.com | E-mail:  joe.straus@bullivant.com |
| Attorney for Plaintiffs | Attorney for Defendants |

Date:  October 25, 2006            Date:  October 25, 2006

## ORDER

Pursuant to the stipulation of the parties herein, the Court is hereby directed to dismiss the above-entitled action against Defendants WESTERN INDUSTRIAL, INC. a Washington corporation, MARK L. JACKSON and JANE DOE JACKSON, husband and wife, and the marital community comprised thereof, with prejudice and without costs to either party, for the period April 2005 through March 2006, based upon payment of the Employer-prepared monthly remittance report forms.

DATED this 26th day of October, 2006.


s/ Mary Alice Theiler
United States Magistrate Judge

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Presented by:

s/Robert A. Bohrer
WSBA #5050
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: r.bohrer@ekmanbohrer.com
Attorney for Plaintiff Trust Funds

Approved as to Form; Notice of
Presentation waived:

s/Joseph Straus
WSBA #12063
BULLIVANT HOUSER BAILEY, PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101
Telephone:  206-292-8930
Fax:  206-386-5130
E-mail:  joe.straus@bullivant.com
Attorney for Defendants

S:\Collections\WWP-3410\Pleadings\2006\Western Indust 3410 USDC2 Stip & Order Dismissal.doc

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587